UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | : : : : | CIVIL ACTION<br><br>CASE NO. |
| Plaintiff, | : : | |
| v. | : : | |
| JAMES A. MILNES, | : : | |
| Defendant. | : : | |

## MERRILL LYNCH'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff and non-governmental corporate party Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") hereby files its corporate disclosure statement as follows:

Merrill Lynch is a wholly-owned subsidiary of Merrill Lynch & Co., Inc. Merrill Lynch & Co., Inc. is a direct subsidiary of Bank of America Corporation ("BAC"), which owns all of the common stock of Merrill Lynch & Co., Inc. BAC is a publicly held company whose shares are traded on the New York Stock Exchange. BAC has no parent company and no publicly-held company owns more than 10% of BAC's shares.

Dated: November 1, 2011

Respectfully submitted,

*Amy M. Fritsky*
Michael J. Fortunato
Amy M. Fritsky
Rubin, Fortunato & Harbison P.C.
10 South Leopard Road
Paoli, Pennsylvania 19301
Tel: 610-408-2049
Fax: 610-854-1853
*Attorneys for Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated*